UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Imani Hurst,
    Plaintiff,

v.                                             CASE NO.: **5:20-cv-1366**

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
TransUnion, LLC,
Procollect, Inc.,
    Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL AS TO PROCOLLECT, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Imani Hurst and the Defendant Procollect, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 27, 2021

| For Plaintiff Imani Hurst | For Defendant Procollect, Inc. |
|---|---|
| */s/Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | */s/John W. Bowdich*<br>John W. Bowdich<br>Bowdich & Associates, PLLC<br>8150 N. Central Expressway Suite 500<br>Dallas, TX 75206<br>Ph: (214) 307-9500<br>jbowdich@bowdichlaw.com |

# CERTIFICATE OF SERVICE

I certify that on September 27, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*